# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152260 & (28)

CHARLES TAYLOR,
   Plaintiff-Appellee,

v

CURTIS-BOTSFORD REAL ESTATE, LLC,
d/b/a KELLER-WILLIAMS WEST
BLOOMFIELD AND FARMINGTON HILLS
MARKET CENTER,
   Defendant-Appellant,
and

CITIZENS FIRST MORTGAGE, LLC,
d/b/a CF BANC MORTGAGE COMPANY,
   Defendant.

SC: 152260
COA: 325401
Oakland CC: 13-134762-NI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 27, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016


Clerk

a0105